Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

GLEN EDWARD PENNINGTON
KATHY ANN PENNINGTON

CASE NO: 13-10212-RLJ-13
HEARING DATE: 10/28/2013
HEARING TIME: 11:00 AM

## FIRST AMENDED NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 10/28/2013 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 10/28/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   9/20/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing  NOTICE OF  HEARING AND THE RIGHT TO OBJECT for the Debtor's(s')  Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    9/20/2013

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

ABILENE BONE AND JOINT CLINIC LLP 1749 PINE  ABILENE TX 79601
BERLIN WHEELER INC MO 711 W MCCARTY ST  JEFFERSON CITY MO 65101
CALVARY PORTFOLIO SERVICES LLC 500 SUMMIT LAKE DR STE 400  VALHALLA NY 10595
CAPITAL ONE PO BOX 85167  RICHMOND VA 23285
CENTRAL RURAL ELECTRIC 3304 S BOOMER RD  STILLWATER OK 74074
CMBS BILLING LLC 9301 W WESTERN AVE  OKLAHOMA CITY OK 73139
CMRE FINANCIAL SERVICES INC 3075 E IMPERIAL HWY STE 200  BREA CA 92821
CREDIT COLLECTIONS INC/AMR PO BOX 60607  OKLAHOMA CITY OK 73146
CREDIT PROTECTION ASSO ATTN BANKRUPTCY PO BOX 802068 DALLAS TX 75380
CREDIT SYSTEMS INTL INC 1277 COUNTRY CLUB LN  FORT WORTH TX 76112
DEBT RECOVERY SOLUTION 900 MERCHANTS CONCOURSE  WESTBURY NY 11590
DIVERSIFIED ADJUSTMENTS DASI - BANKRUPTCY PO BOX 32145 FRIDLEY MN 55432
EXCHANGE BANK & TRUST 523 DELAWARE  PERRY OK 73077
FIRST NATIONAL BANK ATTENTION: FNN LEGAL BANK 1620 DODGE ST, STOP CODE 3290 OMAHA NE 68197
GLEN EDWARD PENNINGTON & KATHY ANN PENNINGTON 707 LOUP AVE  RULE TX 79547
HASKELL CO APPRAISAL DISTRICT PO BOX 467  HASKELL TX 79521
HASKELL COUNTY APPRAISAL DISTRICT C/O LAURA MONROE  PERDUE BRANDON FIELDER PO BOX 817 LUBBOCK TX 79408
HASKELL MEMORIAL HOSPITAL 1 AVENUE EAST  HASKELL TX 79521
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
MELISSA J BUDD 806 CEDAR STREET  PERRY OK 73077
METABNK/FHUT 6509 FLYING CLOUD DR  EDEN PRAIRIE MN 55344
OKDHS/CSED PO BOX 53522  OKLAHOMA CITY OK 73152
OKLAHOMA NATURAL GAS 401 N HARVEY  OKLAHOMA CITY OK 73102
OKLAHOMA NATURAL GAS COMPANY PO BOX 21019  TULSA OK 74121
ONEMAIN FI 6801 COLWELL BLVD  IRVING TX 75039
PHOBE WARNER 189 SUNHAWK DRIVE  GRAND JUNCTION CO 81503
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
RETAIL MERCH PO BOX 52039  TULSA OK 74152
SECURITY FIN CO SECURITY FINAN  SPARTANBURG SC 29304
SPRINT NEXTEL ATTN: BANKRUPTCY PO BOX 7949 OVERLAND PARK KS 66207
SPRINT NEXTEL CORRESPONDENCE ATTN: BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207
SPRINT NEXTEL DISTRIBUTION ATTN BANKRUPTCY DEPT PO BOX 3326 ENGLEWOOD CO 80155
SPRINT PO BOX 79357  CITY OF INDISTRY CA 91716
STILLWATER MEDICAL CENTER 1323 W 6TH AVE  STILLWATER OK 74074
STILLWATER RADIOLOTY LLC 1301 W 6TH AVE  STILLWATER OK 74074
STILLWATER UTILITY AUTHORITY 723 S LEWIS ST  STILLWATER OK 74074
SUDDENLINK COMMUNICATIONS 902 S CLACK ST  ABILENE TX 79605
TXU ENERGY PO BOX 1000001  DALLAS TX 75310
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US CELLULAR 8410 W BRYN MAWR AVE STE 7O0  CHICAGO IL 60631
WEST CENTRAL TX COLL B 1007 W ILLINOIS AVE  MIDLAND TX 79701
WILLIAM D MCSMITH JR DO 1400 S 1ST  HASKELL TX 79521